# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| SAMANTHA KRULICKI,<br><br>Plaintiff,<br><br>vs.<br><br>CUTS BY US, INC.,<br><br>Defendant. | Civil Action No. |

## DEFENDANT'S NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, the above-captioned action is hereby removed by Defendant Cuts By Us, Inc. from the Superior Court of Dougherty County, Georgia, to the United States District Court for the Middle District of Georgia, Albany Division, by and through the filing of this Notice of Removal with the Clerk of the United States District Court for the Middle District of Georgia.

Defendants respectfully state the following as grounds for removal of the instant action:

1.

Defendant Cuts By Us, Inc. was served with Plaintiff's Responses to Defendant's First Requests for Admission (Ex. A.) and Plaintiff's Responses to Defendant's First Interrogatories on April 26, 2021. (Ex. B.) This Notice of

Removal has been filed within thirty (30) days after a copy of the Plaintiff's Responses to Defendant's First Requests for Admission were received by the Defendant, and therefore, it is timely filed pursuant to 28 U.S.C. § 1446(b)(3).

2.

Plaintiff is a citizen of the State of Georgia. Defendant is a citizen of the State of Florida, where it is incorporated and has its principal place of business. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Plaintiff has not included an ad damnum clause in her Complaint. However, according to Plaintiff's Responses to Defendant's First Requests for Admission and Plaintiff's Responses to Defendant's First Interrogatories, Plaintiff seeks to recover over $75,000 in special damages. (Ex. A- Pl. Resp. to Def's. Req. for Admis. ¶ 3; Ex. B- Pl. Resp. to Def's. Interrogs. ¶ 8.) Thus, pursuant to 28 U.S.C. § 1332, this Court has jurisdiction over the instant matter.

3.

Plaintiff's damages are not clearly specified and, therefore, the Defendant's burden is only to prove that the actual damages would "more likely than not" exceed the minimum jurisdictional amount. In order to meet this burden, a Defendant must only submit evidence that the case *may* involve more than the jurisdictional amount. *McPhail v. Deere & Co.*, 529 F.3d. 947 (10th Cir. 2008).

Here, Plaintiff has denied in her responses to Defendant's First Requests for Admission that her damages will not exceed $75,000. (Ex. A- Pl. Resp. to Def's. Req. for Admis. ¶ 3.) Plaintiff has also listed over $121,000 in damages in her responses to Defendant's First Interrogatories. (Ex. B- Pl. Resp. to Def's. Interrogs. ¶ 8.)

4.

Copies of all pleadings served on the Defendant in the State Court action along with Defendant's Answer are attached hereto as Exhibit "C".

5.

The written notice required by 28 U.S.C. § 1446 (d) addressed to the adverse party, in care of her counsel, and the clerk of the Superior Court of Dougherty County, Georgia (a copy of which is attached hereto as Exhibit "D"), will be filed in the State Court action and forwarded to the Plaintiff upon the filing of this notice of removal.

6.

Venue upon removal properly lies in the Middle District of Georgia pursuant to 28 U.S.C. § 1441(a) because suit was filed in a state court located in the Middle District of Georgia.

WHEREFORE, this Defendant removes this action from the Superior Court of Dougherty County, Georgia to this Court and prays that this Court takes jurisdiction of this civil action to the exclusion of any further proceedings in the Superior Court of Dougherty County.

Respectfully submitted this 24th day of May, 2021.

/s/ J. Travis Hall
J. TRAVIS HALL
Georgia Bar No.: 357464
CHAMBLESS, HIGDON, RICHARDSON,
KATZ & GRIGGS, LLP
Post Office Box 18086
Macon, Georgia 31208-8086
(478) 745-1181
thall@chrkglaw.com

*Counsel for Defendant Cuts By Us, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing DEFENDANT'S NOTICE OF REMOVAL upon all parties by filing same with the Clerk of Court using the EM/ECF System and by placing a copy of the same in the United States in a properly addressed envelope with sufficient postage affixed thereon to ensure First Class delivery to:

Bradley Robinson, Esq.
FARAH &FARAH, P.A.
11102 Abercorn Street
Unit A
Savannah, Georgia 31419

This 24th day of May, 2021

_____
J. Travis Hall