EFILED IN OFFICE
CLERK OF SUPERIOR COURT
DOUGHERTY COUNTY, GEORGIA

**SUCV2021000198**
VSD
FEB 15, 2021 03:15 PM

Evonne S. Mull, Clerk
Dougherty County, Georgia

## IN THE SUPERIOR COURT OF DOUGHERTY COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| SAMANTHA KRULICKI, § § § Plaintiff, § v. § Civil Action No.: § CUTS BY US, INC., § § § Defendant. § | |

SAMANTHA KRULICKI,

    Plaintiff,

v.

CUTS BY US, INC.,

    Defendant.

Civil Action No.:

### COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, **Samantha Krulicki**, and files this complaint for damages against Defendant **Cuts By Us, Inc.**, as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff, **Samantha Krulicki** (hereinafter "Plaintiff"), voluntarily submits herself to the jurisdiction of this Court.

2.

Defendant, **Cuts By Us, Inc.** (hereinafter "Defendant"), is a foreign profit corporation organized under the laws of the state of Florida, with a principal address of 1261 South Highway 97, Cantonment, Florida 32533. Defendant is subject to the jurisdiction of this Court and may be served with Summons and Complaint in this matter by delivering a copy of same to their registered agent, Jeff Kleinman, at 1639 Bradley Park Drive, Suite 400, Columbus, Georgia 31904.

3.

Jurisdiction and venue are proper in this honorable Court.

## BACKGROUND

4.

On August 22, 2019, Plaintiff was a business invitee of Defendant's business, located at 2835 Ledo Road, Suite A, Albany, GA 31707.

5.

On August 22, 2019, while inside subject property, as Plaintiff was being walked to the barber chair, Plaintiff stepped on a black half circle floor mat that was position next to the barber chair. As Plaintiff stepped on the mat, the mat slipped causing Plaintiff to lose her balance and fall to the ground.

6.

As a direct result of Plaintiff's fall, Plaintiff suffered traumatic and permanent psychological and physical injuries, including but not limited to her head, neck, left shoulder, back, and left knee; which caused Plaintiff to immediately suffer physical pain and discomfort.

7.

At all times relevant to this Complaint, Defendant had exclusive ownership, possession and control over their subject property resort located at 2835 Ledo Road, Suite A, Albany, GA 31707.

8.

At all times relevant to this Complaint, Defendant was responsible for inspecting and maintaining their floors, and ensure they are free of any hazardous, slippery, unsafe and/or dangerous conditions.

9.

At all times relevant to this Complaint, Plaintiff exercised due care for her own safety, and was not provided adequate notice of any dangerous, hazardous and/or defective conditions.

10.

As a result of this fall, Plaintiff suffered physical, mental and emotional injuries.

## Count 1
## Premises Liability

11.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 10 above as if fully restated.

12.

Plaintiff was an invitee at Defendant's salon at the time of her fall.

13.

Defendant owed Plaintiff a non-delegable duty of reasonable care and keeping their salon and floors safe for invitees like Plaintiff.

14.

Defendant was negligent in failing give adequate notice of concealed and hazardous conditions in the area where Plaintiff's fall occurred, in failing to inspect and/or maintain their floors and mats, and in failing to keep the subject property safe for invitees.

15.

Defendant's negligence was the sole proximate cause of Plaintiff's injuries.

## Count 2
## Damages

16.

Plaintiff realleges and incorporate herein the allegations contained in paragraphs 1 through 15 above as if fully restated.

17.

As a direct result of Defendant's negligence and/or recklessness, Plaintiff suffered traumatic and permanent psychological and physical injuries, including but not limited to her head, neck, left shoulder, back, and left knee, and has incurred reasonable medical expenses necessary to treat those injuries, in amounts which will be proven at the time of trial, as well as sustaining severe physical and emotional pain and suffering. All of Plaintiff's damages will continue into the future, to the extent said injuries are permanent.

18.

In addition to the foregoing damages, Plaintiff avers that as a direct and proximate result of the aforementioned acts of negligence and/or recklessness of Defendant, she was caused to suffer and incur the following injuries and damages for which she seeks to recover:

(a) Personal injuries;

(b) Pain and suffering;

(c) Disability;

(d) Disfigurement;

(e) Mental anguish;

(f) Loss of the capacity for the enjoyment of life;

(g) Impaired ability to labor;

(h) Loss of earning capacity;

(i) Loss of earnings;

(j) Travel expenses for seeking medical treatment;

(k) Other related incidental expenses;

(l) Permanent injuries;

(m) Past, present and future medical expenses.

**WHEREFORE**, having fully set forth her claims for damages against the Defendant, and based upon the pleadings herein, Plaintiff respectfully prays and requests that this Court:

(a) For past, present and future medical and doctor expenses in an amount to be proven through the evidence at the trial;

(b) For past, present and future physical and mental pain and suffering in an amount to be determined by the enlightened conscience of a jury;

(c) For past, present and future travel expenses for seeking medical treatment in amounts which will be proven at the time of trial through the evidence;

(d) For past, present and future lost wages and lost earning capacity in amounts which will be proven at the time of trial through the evidence;

(e) That a jury be impaneled to resolve all factual disputes;

(f) For such other and further relief the Court deems just and proper; and

(g) That Plaintiff be allowed to freely amend this Complaint in order to avoid manifest injustice.

Dated this 15th day of February, 2021.

FARAH & FARAH, P.A.

BRADLEY S. ROBINSON
Georgia Bar No. 769787
*ATTORNEY FOR PLAINTIFF*

11102 Abercorn Street, Unit A
Savannah, GA 31419
T: (912) 999-2075
F: (912) 999-2078
brobinson@farahandfarah.com
j.williams@farahandfarah.com