# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| SAMANTHA KRULICKI, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:21-CV-97 (LAG) |
| CUTS BY US, INC., | : |
| Defendant. | : |

## **ORDER**

    Before the Court is the Parties' Joint Motion for Stay of Proceedings. (Doc. 14). Therein, the Parties request a stay of all deadlines and proceedings in this action so that they can "attempt mediation and settlement of this claim." (*Id.* at 1). The Parties represent that they have selected a mediator and "are currently trying to schedule a mediation" for September 2022. (*Id.*). For good cause shown, the Parties' Joint Motion (Doc. 14) is **GRANTED**. Accordingly, all deadlines and proceedings in this matter are **STAYED** pending the Parties' mediation. The Parties are **ORDERED** to file a status update with the Court **fourteen (14) days** after the mediation or by **Friday, November 11, 2022**, whichever occurs first. If a settlement is not reached, the status update shall include a revised proposed scheduling order.

    **SO ORDERED**, this 11th day of July, 2022.

    /s/ Leslie A. Gardner
    **LESLIE A. GARDNER, JUDGE**
    **UNITED STATES DISTRICT COURT**